JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| LARRY LEE JACKS, | No. ED CV 20-628-JFW (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| LYNCH, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendation of the United States Magistrate Judge, IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: September 1, 2020

/s/ John F. Walter
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE